UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-427-B-W |
| | ) | |
| VICKI J. WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decisions filed July 16, 2009 and July 20, 2009, the Recommended Decisions are accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Summary Judgment as to Vicki J. Williams (Docket # 30) be and hereby is GRANTED.  It is further ORDERED that Plaintiff's Motion for Default Judgment as to James K. Williams, Ford Motor Credit Company and Global Acceptance Credit Company LP (Docket # 29) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr._____
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 12th day of August, 2009